In the Matter of the Application of ALBERT PARKER for Admission to Practice as an Attorney and Counselor at Law. (From the State of California.) — Application granted. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Application of HENRY J. GOLDBER for Admission to Practice as an Attorney and Counselor at Law. (From the State of Michigan.) — Application granted. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

HILDA E. ANDERSON and Others, on Their Own Behalf and in Behalf of All Other Holders of Mortgage Certificates in Bond No. 368920 Issued by TITLE GUARANTEE AND TRUST COMPANY and Guaranteed by Guarantee No. 181350 Issued by BOND AND MORTGAGE GUARANTEE COMPANY, Who Are Similarly Situated and Who Shall Come in and Be Made Parties Hereto, etc., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of WILLIAM A. MOLLER, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of RAYMOND J. RILEY, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.